AGNES KENNA, by JOSEPH J. KENNA, Her Guardian ad Litem, Respondent, v. LINDLEY M. GARRISON, as Receiver of THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment of the County Court of Kings county unani-

mously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.